## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:18-CV-62007-JIC

Plaintiff:
**Patricia Cipolla**

vs.

Defendant:
**Encore Receivable Management, Inc.**

For:
Thomas J. Patti, Esq.
Thomas-John Law, PA
jibrael@jibraellaw.com
1451 W Cypress Creek Road, Suite 300
Ft. Lauderdale, FL 33305

Received by All Broward Process Corp on the 28th day of August, 2018 at 12:30 pm to be served on **Encore Receivable Management, Inc. c/o r/a CT Corporation System, 1200 S Pine Island Road, Plantation, FL 3324**.

I, Andrew Karp, do hereby affirm that on the **28th day of August, 2018** at **3:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Civil Cover Sheet, Exhibit** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **contact person for registered agent** for **Encore Receivable Management, Inc.**, at the address of: **1200 S Pine Island Road, Plantation, FL 3324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: f, Race/Skin Color: white, Height: 5'2", Weight: 120, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

**Andrew Karp**
#260

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2018002111

Case 0:18-cv-62007-JIC Document 3 Entered on FLSD Docket 08/24/2018 Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida



*All Broward Process Corp*
NAME: AK Badge/ID#: 260
DATE: 8/28/18 TIME: 330p
Donna Moch

PATRICIA CIPOLLA

Plaintiff(s)

v.

ENCORE RECEIVABLE MANAGEMENT, INC.

Defendant(s)

Civil Action No. 0:18-CV-62007-JIC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENCORE RECEIVABLE MANAGEMENT, INC.
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas-John Law, PA, 1451 W. Cypress Creek Road, Suite 300, Fort Lauderdale, Florida 33309. Phone: (877)575-0020 Email: tpatti@thomasjohnlaw.com Fax: (954) 507-9974.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: August 24, 2018

Steven M. Larimore
Clerk of Court

s/ Maria Cruz
Deputy Clerk
U.S. District Courts