UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:18-CV-62007

PATRICIA CIPOLLA,

    Plaintiff,

v.

ENCORE RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff PATRICIA CIPOLLA by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, Plaintiff will file the appropriate dismissal documents with the Court.

Dated: October 1, 2018

    Respectfully Submitted,

    /s/ Thomas J. Patti                        .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:tpatti@thomasjohnlaw.com
Thomas-John Law, P.A.
1451 W. Cypress Creek Road, Suite 300
Fort Lauderdale, Florida 33309
Phone: 954-543-1325
Fax:    954-507-9975

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 1, 2018, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                  Respectfully Submitted,

                                  /s/ Thomas J. Patti
                                **THOMAS J. PATTI, ESQ.**
                                Florida Bar No.: 118377