UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 0:18-CV-62007

PATRICIA CIPOLLA,

    Plaintiff,

vs.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff PATRICIA CIPOLLA, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: October 30, 2018

                                                          Respectfully submitted,

                                                         /s/ Thomas J. Patti
                                                         **THOMAS J. PATTI, ESQ.**
                                                         Florida Bar No.: 118377
                                                         E-mail: tpatti@thomasjohnlaw.com
                                                         THOMAS-JOHN LAW, P.A.
                                                         1451 W. Cypress Creek Road, Suite 300
                                                         Fort Lauderdale, Florida 33309
                                                         Phone:        954-543-1325
                                                         Fax:          954-507-9975

                                                         *COUNSEL FOR PLAINTIFF*